963 A.2d 842

STATE IN THE INTEREST OF P.M.P.,

January 15, 2009.

ORDERED that the motion of P.M.P., for leave to appeal is granted.